THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENT MUMMIANI, Appellant.

Submitted October 13, 1941; decided October 23, 1941.

*Thomas E. Dewey, District Attorney* (*Harris B. Steinberg* of counsel), for motion.

*Vincent Mummiani*, in person, opposed.

Motion granted and appeal dismissed.

BENJAMIN BAZINSKY, Doing Business under the Name of OXFORD GARAGE, et al., Appellants, *v.* KESBEC, INC., Respondent.

Submitted October 20, 1941; decided October 23, 1941.

Motion to amend remittitur granted to the following extent: Return of remittitur requested and when returned it will be amended by providing that the judgment is affirmed " without costs " instead of " with costs." (See 286 N. Y. 655.)